UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CATHERINE MACKAY,

                   Plaintiff,

  - against -

CASTLE OIL CORPORATION,

                   Defendant.
---------------------------------------------------------------X

ECF

Docket No.: 09 cv 04954 (CS)(GAY)

**CASE DISCOVERY PLAN AND SCHEDULING ORDER**

This court requires that this case shall be <u>ready for trial</u> on June 11, 2010.

    The following Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rule 26(f) and 16 of the Federal Rules of Civil Procedure.

This case <u>is</u> to be tried to a jury.

Joinder of additional parties must be accomplished by <u>December 18, 2009</u>.

Amended pleadings may be filed until <u>December 18, 2009</u>.

**Discovery:**

1. Interrogatories are to be served by all counsel no later than <u>December 18, 2009</u>, and responses to such interrogatories shall be served within 30 days after service. The provisions of Local Civil Rule 33.3 shall apply to this case.

2. First request for production of documents, if any, to be served no later than <u>December 18, 2009</u>.

3. Depositions to be completed <u>March 30, 2010</u>.

    i) Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for the production of documents.

    ii) Depositions shall proceed concurrently.

    iii) Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than <u>April 16, 2010</u>.

5. Requests to admit, if any, to be served no later than <u>April 16, 2010</u>.

6. Additional provisions relating to discovery agreed upon by counsel for the parties are not attached and made a part hereof.

7. All discovery is to be complete by <u>May 18, 2010</u>.

    Any motions should be filed in accordance with the Court's Individual Practices.

3890909.1



Next Case Management Conference _____ June 18, 2010 @ 11:00 am
(This date will be set by the Court at the first conference)

    Joint pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

    This case has been designated to the Hon. George A. Yanthis, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

    Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under specific reference order.

    Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness with that agreed date.

**SO ORDERED**

Dated: White Plains, New York

_____
Cathy Seibel, U.S. District Judge

3890909.1